AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| District of Columbia; Commonwealth of Virginia<br><br>*Plaintiff(s)*<br>v.<br>National Park Service, et al.<br><br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-3838 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* NATIONAL PARK SERVICE
1849 C Street NW
Washington D.C., 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mitchell P. Reich
Office of the Attorney General for the District of Columbia
400 6th Street, NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ________________

________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-3838

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ________________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ________________
________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ________________ ; or

❒ Other *(specify):*

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: