**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA,**

*Plaintiffs*,

v.

**NATIONAL PARK SERVICE**, *et al.*,

*Defendants*.

Case No. 1:26-cv-03838

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND STAY UNDER 5 U.S.C. § 705**

Plaintiffs the District of Columbia and the Commonwealth of Virginia bring this action to prevent construction of a 250-foot triumphal arch in Memorial Circle. Defendants have no authority to construct this Arch, and its construction violates at least five federal statutes. But Defendants have made clear that they will construct their Arch anyway, and have signaled that they are willing to outrun this Court to do so by threatening to start construction as soon as November 5, 2026, on *the very day* the Arch is approved by the National Capital Planning Commission.

To protect their interests from irreparable harm, the District and Commonwealth hereby move for the following relief against Defendants National Park Service, Jessica Bowron, the Department of the Interior, and Doug Burgum, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Local Civil Rule 65.1, 5 U.S.C. § 705, and 28 U.S.C. § 1651.

First, the District and Virginia move for the immediate entry of an administrative stay, prior to November 5, to prohibit Defendants from constructing the Arch and preserve the status quo "until the [C]ourt can rule on [Plaintiffs'] request for expedited relief." *Nat'l Council of Nonprofits v. Office of Mgmt. & Budget*, 763 F. Supp. 3d 13, 17 (D.D.C. 2025) (quoting *United States v. Texas*, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring)).

Second, the District and Virginia move the Court to issue a temporary restraining order and a stay under 5 U.S.C. § 705, as soon as practicable after Defendants formally approve the Arch, that prohibits Defendants from proceeding with construction of the Arch. Such an order will allow the Court to consider and issue a decision on a forthcoming motion for a preliminary injunction in an orderly manner while avoiding irreparable harm to Plaintiffs.

Finally, the District and Virginia respectfully request that the Court dispense with the security requirement referenced in Federal Rule of Civil Procedure 65(c), pursuant to the Court's

"broad discretion" to determine whether an injunction bond is appropriate. District courts can and should "dispense with any security requirement whatsoever" where, as here, "the restraint will do the defendant no material damage" and "there has been no proof of likelihood of harm." *Am. First Legal Found. v. Becerra*, No. 24-cv-1092, 2024 WL 3741402, at *16 n.11 (D.D.C. Aug. 9, 2024) (quoting *Fed. Prescription Serv., Inc. v. Am. Pharm. Ass'n*, 636 F.2d 755, 759 (D.C. Cir. 1980)).

The grounds for this Motion are set forth in the attached memorandum of law and its supporting declarations and exhibits. A proposed order for a temporary restraining order and Section 705 stay is attached hereto.

Dated: October 31, 2026

Respectfully submitted,

JAY JONES
Attorney General of Virginia

/s/ Megan C. Keenan
MEGAN C. KEENAN (1672508)
MICHAEL K. PERLOFF (1601047)
Deputy Solicitors General

Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, VA 23219
Tel: (804) 997-5222
Email: mkeenan@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

EMMA SIMSON (1026153)
ELIZA H. SIMON (90035651)
Senior Counsels to the Attorney General

/s/ Mitchell P. Reich
MITCHELL P. REICH (1044671)
Senior Counsel to the Attorney General

/s/ Karthik P. Reddy
KARTHIK P. REDDY (1048848)
Special Assistant Attorney General
NICOLE S. HILL (888324938)
JOHN B. LYMAN (156467)
SAMANTHA HALL (1014735)
Assistant Attorneys General
Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, DC 20001
Tel: (202) 279-1261
Email: mitchell.reich@dc.gov

*Counsel for the District of Columbia*