**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**DISTRICT OF COLUMBIA AND THE COMMONWEALTH OF VIRGINIA,**

Plaintiffs,

v.

**NATIONAL PARK SERVICE, *et al.*,**

Defendants.

**DECLARATION OF KARTHIK P. REDDY**

I, Karthik P. Reddy, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. My name is Karthik P. Reddy. I am over the age of eighteen.

2. I am a Special Assistant Attorney General in the Office of the Attorney General for the District of Columbia.

3. Exhibit 1 attached hereto is a true and accurate copy of an October 15, 2025, online article published by the *New York Times*, written by Zolan Kanno-Youngs, and entitled, *Trump Hosts Dinrer for Wealthy Donors to White House Ballroom*, captured from https://www.nytimes.com /2025/10/15/us/politics/trump-whitehouse-dinner-ballroom-donors.html on October 27, 2026.

4. Exhibit 2 attached hereto is a true and accurate copy of a record of remarks made by President Donald J. Trump on October 15, 2025, entitled, *Remarks During a Ballroom Dinner* (Oct. 15, 2025), and published online by the U.S. Government Publishing Office, captured from https://www.govinfo.gov/content/pkg/DCPD-202501018/html/DCPD-202501018.htm on October 27, 2026.

5. Exhibit 3 attached hereto is a true and accurate copy of an online October 16, 2025, article from CBS News written by Kathryn Watson and entitled, *Arc de Trump? President Shows Off Model of Independence Arch, Says "It's Going to Be Really Beautiful"* (Oct. 16, 2025), captured from https://www.cbsnews.com/news/trump-new-arch-resembling-arc-de-triomphe/ on October 26, 2026.

6. Exhibit 4 attached hereto is a true and accurate copy of a National Capital Planning Commission (NCPC) document entitled "Executive Director's Recommendation" and dated for a June 4, 2026, meeting, captured from https://www.ncpc.gov/docs/actions/2026June/8778_New_Monumental_Arch_Staff_Report_Jun2026.pdf on October 26, 2026.

7. Exhibit 5 attached hereto is a true and accurate copy of an NCPC document entitled "New Monumental Arch: Approval of Comments on Concept Plans" and dated for a June 4, 2026, meeting, captured from https://www.ncpc.gov/files/projects/2026/8778_New_Monumental_Arch_Project_Synopsis_Jun2026.pdf on October 26, 2026.

8. Exhibit 6 attached hereto is a true and accurate copy of an NCPC document entitled "New Monumental Arch: Approval of Preliminary and Final Sites and Building Plans" and dated for a July 9, 2026, meeting, captured from https://www.ncpc.gov/files/projects/2026/8778_New_Monumental_Arch_01._NCPC_Project_Synopsis__Jul2026.pdf on October 26, 2026.

9. Exhibit 7 attached hereto is a true and accurate copy of an NCPC document entitled "New Monumental Arch: Approval of Final Site and Building Plans" and dated for a November 5, 2026, meeting, captured from https://www.ncpc.gov/files/projects/2026/8778_New_Monumental_Arch_Updated_-_Project_Synopsis_Nov2026.pdf on October 27, 2026.

10. Exhibit 8 attached hereto is a true and accurate copy of a National Park Service (NPS) document entitled "Triumphal Arch at Memorial Circle, Revised Environmental

Assessment" bearing number DOI-NPS-136973 and dated October 2026, captured from https://www.ncpc.gov/files/projects/2026/8778_New_Monumental_Arch_NEPA_Document_-_EA_Nov2026.pdf on October 26, 2026.

11. Exhibit 9 attached hereto is a true and accurate copy of an NPS report entitled "Triumphal Arch at Memorial Circle: Preliminary Project Report" and dated June 2026, captured from https://www.ncpc.gov/files/projects/2026/8778_New_Monumental_Arch_03._Applicant_Submission_Pt._2__Jul2026.pdf on October 26, 2026.

12. Exhibit 10 attached hereto is a true and accurate copy of an NPS document entitled "Revised Finding of No Significant Impact" signed on October 9, 2026, captured from https://www.ncpc.gov/files/projects/2026/8778_New_Monumental_Arch_NEPA_Document_-_FONSI_Nov2026.pdf on October 26, 2026.

13. Exhibit 11 attached hereto is a true and accurate copy of a letter from Elizabeth S. Merritt, Deputy General Counsel, National Trust for Historic Preservation, to Jennifer Madello, Superintendent, George Washington Memorial Parkway dated June 15, 2026, captured from https://savingplaces.org/monumental-arch on October 29, 2026.

14. Exhibit 12 attached hereto is a true and accurate copy of a memorandum from Meghan Hottel-Cox, General Counsel & Secretariat, NCPC, to the NCPC Commissioners dated July 2, 2026, captured from https://www.ncpc.gov/files/projects/2026/8778_New_Monumental_Arch_11._NCPC_Staff_Report_Jul2026.pdf on October 26, 2026.

15. Exhibit 13 attached hereto is a true and accurate copy of a letter from David Maloney, District of Columbia State Historic Preservation Officer, to Traves Voyles, Vice Chair, Advisory Council on Historic Preservation, and Tammy Stidham, Associate Regional Director—

Lands & Planning, National Park Service re: DC SHPO Comments on Termination of the NPS Triumphal Arch Project Section 106 Consultation Process (Sept. 29, 2026).

16. Exhibit 14 attached hereto is a true and accurate copy of letter from Doug Burgum, Secretary of the Interior, to Travis Voyles, Vice Chairman, Advisory Council on Historic Preservation (Oct. 9, 2026), captured from https://www.ncpc.gov/files/projects/2026/8778_New_Monumental_Arch_DOI_ACHP_Response_Letter_Nov2026.pdf on October 26, 2026.

17. Exhibit 15 attached hereto is a true and accurate copy of a Truth Social post made by Donald J. Trump (@realDonaldTrump) on September 20, 2026, at 7:34 a.m., captured from https://truthsocial.com/@realDonaldTrump/posts/117303154231930646 on October 26, 2026.

18. Exhibit 16 attached hereto is a true and accurate copy of an online October 16, 2026, article from the *Washington Post* written by Dan Diamond and entitled, *Final Plans for Trump's Arch Appear to Abandon His "Military Complex" Idea* (Oct. 16, 2026), captured from https://www.washingtonpost.com/politics/2026/10/16/final-plans-trump-arch-do-not-include-military-features-he-touted/ on October 26, 2026.

19. Exhibit 17 attached hereto is a true and accurate copy of a Notice filed in *Lemmon v. Trump*, No. 1:26-cv-544-TSC, ECF No. 63 (D.D.C. Oct. 21, 2026).

20. Exhibit 18 attached hereto is a true and accurate copy of S. Doc No. 68-95 (Report of the Arlington Memorial Bridge Commission), dated April 24, 1924.

21. Exhibit 19 attached hereto is a true and accurate copy of an online Bureau of Labor and Statistics article by Bradley Akin entitled, *Arlington Memorial Bridge Spans the Decades as a Study in Long Term Price Change* and dated October 2017, captured from https://www.bls.gov/opub/btn/volume-6/arlington-memorial-bridge-spans-the-decades-as-a-study-in-long-term-price-change.htm.

22. Exhibit 20 attached hereto is a true and accurate copy of a memorandum from the Department of Interior, Office of the Solicitor, to the NCPC regarding "New Monumental Arch—NCPC File No. 8778" and dated October 2, 2026, captured from https://www.ncpc.gov/files /projects/2026/8778_New_Monumental_Arch_Height_of_Buildings_Act_Justification_Nov2026 .pdf on October 26, 2026.

23. Exhibit 21 attached hereto is a true and accurate copy of letter from Anthony Fusarelli, Jr., Planning Director, Arlington County Department of Community, Planning, Housing & Development, to Matthew J. Flis, Deputy Director, Current Planning Division at the NCPC dated June 17, 2026, captured from https://www.ncpc.gov/files/projects/2026/8778_New_Monumental_Arch_11._NCPC_Staff_Report_Jul2026.pdf on October 27, 2026.

24. Exhibit 22 attached hereto is a true and accurate copy of several "X" posts made by Secretary Doug Burgum (@SecretaryBurgum) on September 3, 2026, captured from https://x.com/SecretaryBurgum/status/2095587973907755133 on October 27, 2026.

25. Exhibit 23 attached hereto is a true and accurate copy of an online essay by Mark Paoletta, entitled, *Trump's Triumphal Arch Completes A Longstanding National Aspiration*, published by *The Federalist* on October 5, 2026, and captured from https://thefederalist.com/2026/10/05/trumps-triumphal-arch-completes-a-longstanding-national-aspiration/ on October 27, 2026.

26. Exhibit 24 attached hereto is a true and accurate copy of a June 4, 2026, online *New York Times* article authored by Anushka Patil, Marco Hernandez, Junho Lee and Karoun Demirijan entitled, *How Trump's Proposed Arch Could Complicate D.C.'s Congested Airspace*, captured from https://www.nytimes.com/interactive/2026/06/04/us/trump-arch-dc-airspace.html on October 28, 2026.

27. Exhibit 25 attached hereto is a true and accurate copy of the National Transportation Safety Board Aviation Investigation Report No. AIR-26-02 dated January 27, 2026, captured from https://www.ntsb.gov/investigations/AccidentReports/Reports/AIR2602.pdf on October 28, 2026.

28. Exhibit 26 attached hereto is a true and accurate copy of the National Park Service Official Website, "About Us" Section, captured from: https://www.nps.gov/aboutus/national-park-system.htm on October 28, 2026.

29. Exhibit 27 attached hereto is a true and accurate copy of General Order No. 310.4 of the District of Columbia Metropolitan Police Department, captured from https://go.mpdconline.com/GO/3186000.pdf on October 30, 2026.

30. Exhibit 28 attached hereto is a true and accurate copy of the Evacuation Route Reference Map published by the District of Columbia Homeland Security and Emergency Management Agency, captured from https://hsema.dc.gov/sites/default/files/dc/sites/hsema/publication/attachments/60441_ward8_may_16.pdf on October 30, 2026.

31. Exhibit 29 attached hereto is a true and accurate copy of the District of Columbia Wildlife Action Plan, published by the District of Columbia Department of Energy and Environment, and captured from https://doee.dc.gov/publication/2015-update-district-columbia-wildlife-action-plan on October 30, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this the 30 th day of October, 2026, at Washington, D.C.

Karthik P. Reddy