# EXHIBIT 1

# *Trump Hosts Dinner for Wealthy Donors to White House Ballroom*

The president lauded dozens of executives and businesspeople for the "tremendous amounts of money" they have pledged for his project, which has prompted ethical concerns.

Listen · 5:18 min



**By Zolan Kanno-Youngs**
Reporting from Washington

Oct. 15, 2025

President Trump hosted dozens of wealthy spenders for a dinner on Wednesday in exchange for what he called the "tremendous amounts of money" they agreed to donate to construct a $200 million ballroom addition to the White House, a project that has sparked concerns from ethics watchdogs.

"We have a lot of legends in the room tonight, and that's why we're here to celebrate you, because you gave," Mr. Trump said in the East Room. "They wanted to have a ballroom, and it never happened because they didn't have a real estate person."

More than three dozen corporate executives and wealthy businesspeople attended the dinner, where Mr. Trump expressed gratitude for their opening their checkbooks for his long-desired state ballroom. Representatives from companies including Amazon, Apple, Google, Microsoft and Lockheed Martin were in

attendance.

So were wealthy supporters of Mr. Trump, like Harold G. Hamm, the billionaire oil and gas executive who bankrolled Mr. Trump's 2024 campaign and stands to benefit from his energy policies. Tyler and Cameron Winklevoss, who run the crypto exchange Gemini and have contributed hundreds of thousands of dollars to a pro-Trump PAC called MAGA Inc., were also there.

The building of a 90,000-square-foot ballroom has raised a number of questions about potential conflicts of interests. White House officials have said Mr. Trump and other donors would pay for the renovations but have provided few specific details.

Richard W. Painter, who served as the chief ethics lawyer in the White House Counsel's Office under President George W. Bush, said in an interview that Mr. Trump's dinner for the corporate executives "shows what the ballroom is really all about: pay to play."

"Getting an invitation to the White House to a dinner because they're contributing to the construction of this project," Mr. Painter said. "This is payment for access, not just to the grounds of the White House but access to the president of the United States."

Mr. Trump and his aides have maintained that the additional space to host foreign dignitaries and other guests of the White House is urgently needed. In the past, the White House has often hosted large crowds under a tent on the South Lawn.

"The American presidents need to be able to showcase our country," Mr. Trump said on Wednesday night.

In a meandering speech that shifted from details of the ballroom — bulletproof windows and a capacity of 999 people, among them — to a description of his foreign policy agenda, Mr. Trump told the audience that he expected the project to be completed under budget. He also suggested that some attendees had offered to pay

more than $20 million for the ballroom.

**Sign up for the On Politics newsletter.** It's a pivotal moment for American politics. Join us for 2026 and beyond. Get it sent to your inbox.

“So many of you have been really, really generous,” Mr. Trump said. “I mean, a couple of you, I was sitting here and saying, ‘Sir, would $25 million be appropriate?’ They said, ‘I’ll take it.’”

Mr. Trump also showed corporate executives models of a new arch that is planned for near Arlington National Cemetery.

Mr. Trump’s speech touched on a range of topics, including statues of Confederate generals and his strikes on vessels near the coast of Venezuela.

He pivoted to talk about his administration’s military strikes on boats in the Caribbean. The administration has said those boats were transporting drugs, but has provided few details about who was on the vessels at the time of the strikes and given relatively thin legal justifications for its campaign.

“In fact, nobody wants to go fishing anymore,” Mr. Trump said, prompting laughter. “No one wants to do anything near the water. They might have a beautiful boat and they might as well get rid of their boat because they’re very nervous.”

Mr. Trump also acknowledged the arc of his relationship with many of the people in the room. Toward the end of his speech, he noted that some of the business leaders there opposed him in the past but had rushed to support him as he amassed power.

“It’s amazing the way a victory can change the minds of some people,” Mr. Trump said.

This was the guest list, as provided by a White House official:

Altria Group

Amazon.com

Apple

Booz Allen Hamilton

Caterpillar

Coinbase Global

Comcast

Hard Rock International

Google

HP

Lockheed Martin

Meta Platforms

Micron Technology

Microsoft

NextEra Energy

Palantir Technologies

Ripple

Reynolds American

T-Mobile US

Tether

Union Pacific Railroad

J. Pepe and Emilia Fanjul

Adelson Family Foundation

Stefan E. Brodie

Betty Wold Johnson Foundation

Charles and Marissa Cascarilla

Edward and Shari Glazer

Harold G. Hamm

Benjamin Leon Jr.

The Lutnick Family

The Laura & Isaac Perlmutter Foundation

Stephen A. Schwarzman

Konstantin Sokolov

Kelly Loeffler and Jeff Sprecher

Paolo Tiramani

Cameron Winklevoss

Tyler Winklevoss

**Zolan Kanno-Youngs** is a White House correspondent for The Times, covering President Trump and his administration.