# EXHIBIT 3

CBS NEWS

U.S. Iran War CBS Poll Midterms World Politics HealthWatch MoneyWatch Entertainm




LIVE

CBS News 24/7

Politics

# Arc de Trump? President shows off model of Independence Arch, says "it's going to be really beautiful"

By Kathryn Watson

October 16, 2025 / 12:42 PM EDT / CBS News

Add CBS News on Google

*Washington* — President Trump on Wednesday showed off a model of what may be his next Washington, D.C., development project, an arch that resembles the Arc de Triomphe in Paris and is being referred to informally as the "Arc de Trump."

The president showed off a model of the arch at a White House dinner Wednesday night for a group of wealthy donors who are funding his White House ballroom project. Mockups he displayed bore the caption "Independence Arch."

"It's going to be really beautiful. I think it's going to be fantastic," Trump said, as he held a model of the arch. "There's a rendering of what it will look like. You have three sizes." He added, "I happen to think the large one," indicating his preference.

CBS News' Ed O'Keefe asked the president who the arch is for, and Mr. Trump pointed at himself: "Me."

**cbsnews** and **edokeefecbs**
Original audio

View profile




View more on Instagram

**373,699 likes**

**cbsnews**

A model of President Trump's proposed triumphal arch to commemorate the country's 250th anniversary was seen on the Resolute Desk as the president held a press conference with FBI Director Kash Patel and Attorney General Pam Bondi in the Oval Office on Wednesday.

The renderings and model show an arc that looks similar to France's Arc de Triomphe, built across from the Lincoln Memorial, on the Virginia side of the Potomac River in Washington, D.C.

When asked on Wednesday who the arc is for, Trump told CBS News' @edokeefecbs: "Me."

View all 28,351 comments

Add a comment...

The arch is to be built on the Arlington, Virginia, side of the Memorial Bridge over the Potomac River, between the entrances to Arlington National Cemetery and the Lincoln Memorial. The arch is supposed to be completed in time for the country's 250th anniversary celebration next year. Mr. Trump has a model of it sitting in the Oval Office.



President displays models of a proposed arch monument at a fundraising dinner for the White House ballroom on Oct. 15, 2025.

John McDonnell / AP

Mr. Trump did not say how much the arch will cost or how it will be funded, as his administration slashes federal jobs during the government shutdown and says federal spending must be reduced.



President Trump speaks in the Oval Office at the White House, with a model of the "Independence Arch" displayed on the desk in the foreground, on Wednesday, Oct. 15, 2025.

John McDonnell / AP

Mr. Trump isn't the first to imagine an arch at that location. In 1902, the National Park Service plans included a triumphal arch that would honor President and Union General Ulysses S. Grant, but the arch was never built.

The Arlington Memorial Bridge, open to traffic in 1932, is the ceremonial entrance to Washington, D.C. Its design is neoclassical, Mr. Trump's favorite architectural style, and features like sculptures of eagles, bison and oak leaves were intended to invoke national strength and unity, according to the National Park Service.

**More from CBS News**

CBS POLITICS

Bishops lament White House meeting that produced photo with Trump, say session was "manipulated" and "exploited"

