# EXHIBIT 5

National Capital Planning Commission

# New Monumental Arch

Memorial Avenue, Washington, DC

## Approval of Comments on Concept Plans

United States Department of the Interior

June 4, 2026 | File: 8778

# Project Summary

**Commission Meeting Date:** June 4, 2026

**NCPC Review Authority:** 40 U.S.C. § 8722(b)(1) and (d)

**Applicant Request:** Approval of Comments on Concept Plans

**Session:** Staff Presentation

**NCPC Review Officer:** Jamie Herr

**NCPC File Number:** 8778

**Project Summary:**

The U.S. Department of the Interior has submitted concepts plans for a new Monumental Arch in Memorial Circle in Washington, D.C. for Commission comment. The applicant is proposing a 250-foot-tall arch in the center of the existing Memorial Circle that is topped with a gilded figure and two gilded eagles. The proposed arch opening aligns with Memorial Avenue and the Memorial Bridge that connects the Lincoln Memorial to Arlington National Cemetery. The proposed arch is 250 feet tall and includes a 166-foot tall stone arch topped with a central gilded, winged figure and two gilded eagles above each leg of the arch. The proposed arch is 166 feet wide with a 55-foot-wide opening. The proposed arch includes activities at three levels within the building. The ground floor level includes ticketing security space, back of house space, and an elevator and stair lobby in one leg, with an elevator and stair lobby, exit hall and back of house space in the other leg. The mezzanine level includes a stair hall, restrooms, stairs to the observation deck, two program spaces and the two corresponding elevator and stair lobbies. The observation deck includes a stair hall and access to the observation area. The proposed base pedestal has been removed from earlier versions and the proposed base is now granite pavers at grade with a stone barricade seat wall encircling the arch. Bollarded pedestrian access is provided on either side. The outside of the stone barricade seat wall includes a 12’ 6” planting strip and then a 12-foot Belgian block apron. The plan no longer includes an underground tunnel included in previous versions. The applicant has added several pedestrian crosswalks at either end of the circle as it connects with Memorial Avenue and the Arlington Memorial Bridge. The Commission of Fine Arts approved the concept with comments at their April 16th Commission meeting.

# Site Location






Location Map

# Monumental Arch: Ceremonial Axis Site Plan



# Monumental Arch: Enlarged Site Plan



# Monumental Arch: Front Elevation



# Monumental Arch: Side Elevation



# Monumental Arch: Floor Plans




1. GROUND FLOOR LEVEL




2. MEZZANINE LEVEL




3. OBSERVATION DECK

# Monumental Arch: Longitudinal Section



# Monumental Arch: Transverse Section



# Monumental Arch: Rendering




Rendering: street level view of proposed Arch looking west

# Monumental Arch: Rendering




Rendering: street level view of proposed Arch looking southwest

# Monumental Arch: Views



View from Arlington House - Before

# Monumental Arch: Views



View from Arlington House - After

# Monumental Arch: Views



View from Parkway Drive NW - Before

# Monumental Arch: Views



View from
Parkway Drive NW
- After

# Monumental Arch: Views



View from Lincoln Memorial Circle- Before

# Monumental Arch: Views



View from Lincoln Memorial Circle- Before

# Monumental Arch: Views



View from Lincoln Memorial

# Monumental Arch: Views




View from Lincoln Memorial - Before

# Monumental Arch: Views




View from Lincoln Memorial - After

# Monumental Arch: Views



View from Washington Monument - Before

# Monumental Arch: Views



View from Washington Monument - After

# Monumental Arch: Views



View from Washington Monument - Before

# Monumental Arch: Views



View from Washington Monument - After

# Monumental Arch: Views



View from Capitol Hill - Before

# Monumental Arch: Views



View from Capitol Hill – After