# EXHIBIT 14

THE SECRETARY OF THE INTERIOR
WASHINGTON

October 9, 2026

Mr. Travis Voyles
Vice Chairman
Advisory Council on Historic Preservation
401 F Street NW, Suite 308
Washington, DC 20001

Dear Mr. Voyles:

The Department of the Interior is in receipt of your final comments letter dated October 9, 2026, regarding termination of the National Historic Preservation Act (NHPA) section 106 consultation for the proposed Triumphal Arch at Memorial Circle (ACHP Case #025123).

Your recommendations are appreciated and will be taken into account in reaching a final decision on the undertaking. At present, no final decision has been made with respect to the undertaking. Prior to making a final decision, I will prepare a summary of the decision that contains the rationale for the decision and evidence of consideration of the Advisory Council on Historic Preservation's (Council) comments. Prior to approval of the undertaking, a copy of the summary will be provided to the Council and all consulting parties, and the record will be made available to the public for inspection. A final decision on the undertaking will not be made until the National Capital Planning Commission completes its review.

This concludes the NHPA section 106 consultation process. A copy of this letter will be provided to all consulting parties as well as to the public.

With gratitude,

Doug Burgum
Secretary