# EXHIBIT 17

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL LEMMON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | ) | Civil Action No. 26-cv-544 (TSC) |

**NOTICE**

Pursuant to the Consent Order entered by the Court on April 8, 2026 (Dkt. 26), Defendants provide notice that on November 5, 2026, the National Capital Planning Commission ("NCPC") is scheduled to meet to consider for approval final site and building plans for the proposal to construct an arch on Memorial Circle ("the Proposal"). In the event the NCPC approves the Proposal at the November 5 meeting and the Department of Interior thereafter issues a final decision authorizing construction of the Proposal, construction or demolition in preparation for construction of an arch on Memorial Circle could commence immediately upon the National Park Service ("NPS") publishing a notice of that authorization on its Planning, Environment and Public Comment website. NPS may publish such notice as early as November 5, 2026, and construction could commence as early as November 5, 2026.

Date: October 21, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT STANDER
Deputy Assistant Attorney General

BENJAMIN HAYES
Deputy Assistant Attorney General

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER, Senior Attorney
ALISON VICKS, Trial Attorney
DANIEL LUECKE, Trial Attorney
Energy and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-353-5134
E-mail: michael.sawyer@usdoj.gov
alison.vicks@usdoj.gov
daniel.luecke@usdoj.gov

*Counsel for Defendants*