# EXHIBIT 21

ARLINGTON VIRGINIA

DEPARTMENT OF COMMUNITY, PLANNING, HOUSING & DEVELOPMENT
Planning Division

2100 Clarendon Boulevard, Suite 700, Arlington, VA 22201
Phone: 703 -228-3525 | Fax: 703-228-3543 TTY: 703-228-4611
www.arlingtonva.us

June 17, 2026

SENT VIA EMAIL: matthew.flis@ncpc.gov

Matthew J. Flis, AICP-CUD
Deputy Director, Current Planning Division
National Capital Planning Commission
401 9th Street, NW
Washington, DC 20004

RE: Review of Triumphal Arch at Memorial Circle

Dear Matthew Flis:

Thank you for your notification dated June 10, 2026, regarding the proposed Triumphal Arch at Memorial Circle project and request for Arlington County comments on the applicant's transportation study. We acknowledge the feedback deadline of June 17, 2026, and note that the requested seven-day review period is significantly shorter than the typical 60-day review period provided by the National Capital Planning Commission (NCPC) for projects impacting Arlington County.

The proposed project is located within Memorial Circle on Columbia Island in the District of Columbia, directly across the Boundary Channel of the Potomac River from Arlington County. The project entails the construction of an approximately 250-foot-tall arch, along with site development within and immediately adjacent to the Memorial Circle. Site development includes the construction of a paved public plaza, installation of exterior lighting, and incorporation of security and access-control features. The project also includes supporting infrastructure improvements, such as utilities and stormwater management systems. In addition, transportation and circulation modifications are proposed, including installation of new traffic signals, adjustments to roadway geometry, expansion of pedestrian areas, and implementation of traffic control measures to accommodate vehicles, pedestrians, and cyclists.

In this letter, we provide the following Arlington County staff feedback regarding the transportation study materials for the proposed Triumphal Arch at Memorial Circle project. In addition, we have facilitated an interdepartmental staff review of the proposed project materials provided on June 10, 2026, and supplemental transportation materials provided on June 15, 2026. Correspondingly, this letter also includes Arlington County staff feedback on additional topics related to the proposed project for NCPC's consideration.

*Transportation Study*

The Memorial Circle road network connects to Arlington County, and changes to this intersection will impact Arlington's transportation network. Arlington County Division of Transportation (DOT) reviewed the Transportation Study for the proposed project and identified concerns related to traffic operations, multimodal safety, and documentation completeness, with detailed comments provided in Attachment 1. A summary of DOT feedback of the Transportation Study includes the following:

- *Regional impact*: The study focuses on the circle and does not consider the larger context of potential impacts to the connected network, such as George Washington Memorial Parkway and Richmond Highway (Virginia State Route 110) for vehicles and the Mount Vernon Trail and Washington Boulevard Trail for pedestrians and bicyclists. The study needs to expand the analysis area to understand larger circulation patterns, desire lines, and impacts between these contributors and the project area.

- *Multimodal Safety and Operations within Memorial Circle:* The proposed action introduces a significant trip generator into the center of a complex, high-volume traffic circle and introduces high crossing volumes of pedestrian and bicycle traffic and associated conflicts that do not exist today.

    - The study acknowledges the expected increase of bike, pedestrian, and vehicular volumes but does not explain how the proposed design will accommodate these volumes. The Level of Service analysis (LOS) conducted is limited, and the study does not sufficiently explain how traffic volume will be accommodated when LOS fails.

    - More detailed traffic analysis is needed to fu1ly understand how the circle, the proposed signalization, bike/pedestrian crossings, and travel lane changes would operate for all modes. (i.e. vehicular weaving will continue with signalization; the plan does not explain how this will be addressed). Synchro and SimTraffic do not include sufficient level of detail to assess these impacts; staff recommend the study incorporate a VISSIM traffic simulation.

- *Maintenance of Traffic During Construction:* The temporary traffic closures and detours described during construction will have regional traffic impacts that need to be considered beyond the immediate work area. A broader detour and circulation plan is needed to understand how regional traffic will be redirected around and outside of the work area and the traffic impacts of those detours on parallel roadways.

- *Multimodal Design:* The estimated increases in pedestrian and bicycle volumes require sufficiently wide facilities to safely accommodate a high volume of two-way pedestrian and bicycle traffic with a mixing of modes and travel speeds. Particularly at crossing points, more space is needed to accommodate pedestrian crowding and queueing at signals to minimize conflicts with moving two-way pedestrian and bicycle traffic on sidewalks.

- *Parking and Pick-up and Drop-off* The proposal does not address increased parking demand and lacks detail on pick-up and drop-off operations.

*Emergency Response*

Arlington County Fire Department (ACFD) serves as the primary emergency responder for this area, in coordination with the Joint Base Myer–Henderson Hall Fire Department. The site is located on National Park Service land, and staff acknowledges that the property is not subject to the Virginia Statewide Fire Prevention Code. Staff further acknowledges that the existing roadway network to and from Memorial Circle at Memorial Drive is complex and subject to access constraints; however, at this time, it does not present concerns requiring a response.

Staff advises that any proposed modifications to the existing roadway network that could restrict access to the Arlington Cemetery (ANC) Metro station, the Arlington National Cemetery main entrance and welcome center, the Military Women's Memorial, or Memorial Bridge should be subject to further study.
Planning considerations for the site should focus on the following limitations:

- The existing pedestrian and bicycle facilities currently circumvent Memorial Circle. Any increase in these modes of transportation, particularly direct access to the center of Memorial Circle, should be carefully evaluated as part of the traffic planning process.
- The existing fire hydrant network ends at the Arlington Cemetery Metro station; therefore, consideration should be given to extending the available water supply to adequately serve the site.

*Memorials and Museums Master Plan (2001)*

NCPC's *2001 Memorials and Museums Master Plan* identifies 100 candidate memorial and museum sites as *"prominent locations capable of accommodating memorials or museums of national importance."* The Plan further designates this site—Memorial Avenue at the George Washington Memorial Parkway—as one of only 20 "Prime Sites" for future memorials or monuments, defined as candidate locations *"of the highest order."*

In describing the memorial opportunity associated with Memorial Avenue, the Plan is explicit: "*Although the existing circle at the west end of Memorial Bridge is not viewed as appropriate for the location of a future memorial, a major destination site opportunity exists to the west of the circle on the Virginia side of the channel.*" This directive is clear and unambiguous.

Arlington County strongly supports continued adherence to this established policy framework. Any proposal for a memorial at this location must be consistent with the Plan's explicit guidance and should be evaluated against its stated objective to "*enhance design principles of the McMillan Plan, including the historic built environment of Memorial Bridge and Memorial Avenue, without competing with existing memorials.*" Proposals that do not align with these criteria would be inconsistent with the governing plan and should not be advanced.

*Airspace Coordination and Considerations*

For more than a decade, Arlington County has coordinated with the Metropolitan Washington Airports Authority (MWAA) to align land use planning with airspace operations associated with Ronald Reagan Washington National Airport (DCA). While the Federal Aviation Administration (FAA) has final authority over navigable airspace, MWAA and DCA airlines have a direct interest in preserving clear corridors essential to safe and sustainable airport operations.

A key element of this coordination is the One Engine Inoperative (OEI) condition. All airlines are required by the FAA to establish approved OEI procedures identifying departure corridors in the event of engine failure on takeoff. To address the region's constrained airspace, MWAA and its carriers have established a single, shared OEI corridor and protective surface to avoid incremental encroachment from development. Arlington County engages with MWAA on an ongoing basis regarding this OEI corridor, towards ensuring greater clarity and predictability regarding its future development patterns in relation to safe air navigation.

Based on MWAA coordination and technical information provided to the County, any structure at the subject site exceeding approximately 200 feet above mean sea level would appear to penetrate the protective OEI surface. Given existing site elevation, this corresponds to an approximate maximum height of 170 feet above grade for any proposed features within Memorial Circle. At a height of 250 feet above grade, the proposed Triumphal Arch at Memorial Circle is estimated to exceed the OEI surface by roughly 80 feet. Such an encroachment would likely necessitate operational or procedural mitigation by the airport and its airlines and could constrain future aviation operations and land use planning in Arlington.

*Water Infrastructure*

This proposed project is proximate to the Federally Owned Water Main that feeds the Pentagon and DCA and serves as a backup water connection for much of Arlington County. While this facility is not in direct conflict with the proposed construction site, care should be taken for any laydown and staging areas and for ongoing access for repair and maintenance. Depending on the geology and foundation design, consideration should be given for auger piles vs driven piles, to minimize vibration risks to the nearby aging water line.

*Historic Preservation*

Arlington County's Historic Preservation Program staff have also reviewed the Programmatic Agreement and Assessment of Effects Report for the subject application. Staff finds that the scale and mass of the arch is inappropriate in the context of its historic setting and would negatively impact the physical and symbolic unity conveyed via the Arlington Memorial Bridge and Memorial Avenue between the Lincoln Memorial and Arlington House as proposed in the McMillan Plan. The Historic Preservation Program's full comments and feedback to the National Park Service are included in Attachment 2.

We appreciate the opportunity to provide feedback on the proposed Triumphal Arch at Memorial Circle project. Thank you again for including us in this process.

Sincerely,

Anthony Fusarelli, Jr., AICP
Planning Director

CC: Shannon Flanagan-Watson, Deputy County Manager
Michelle Cowan, Deputy County Manager
Greg Emanuel, Chief Environmental Officer, Department of Environmental Services (DES)
Jane Rudolph, Director, Department of Parks and Recreation (DPR)
Erik Beach, Parks Planning Division Chief, DPR
Samia Byrd, Director, Department of Community Planning, Housing and Development (CPHD)
Chikwe Njoku, Neighborhood Services Division Chief, CPHD
Lorin Farris, Historic Preservation Section Supervisor, CPHD
Jennifer Smith, Comprehensive Planning Manager, CPHD
Matt Ladd, Comprehensive Planning Section Supervisor, CPHD
Diane Sullivan, Current Planning Division Director, NCPC
Marcel Acosta, Executive Director, NCPC