# EXHIBIT 22

X

Post Log in Sign up

**Secretary Doug Burgum** @SecretaryBurgum · Sep 3

We are pleased to announce that after a very long wait (over 125 years!), we are preparing to start, over the next two-week period, the excavation work necessary for the Great Triumphal Arch and Military Observation Deck, at Memorial Circle on Columbia Island between the Lincoln Memorial and Arlington National Cemetery. This will be one of the Great Pieces of American Architecture, honoring the history and significance of Arlington Cemetery and befitting the most powerful Capital in the World.



2026 Artistic Rendering



11K 5.4K 27K 3.4M

**Secretary Doug Burgum** @SecretaryBurgum · Sep 3

For over 125 years, Congress and various congressionally chartered commissions decreed that a monumental work should adorn Columbia Island. In 1902, the U.S. Senate's "McMillan Commission" called for "a concourse suited to memorial treatment be established" on the westerly terminus of the Memorial Bridge.




196 156 1.1K 150K

**Secretary Doug Burgum** @SecretaryBurgum · Sep 3

In 1924, the congressional chartered Arlington Memorial Bridge Commission stated, "[Columbia Island] was always considered as a suitable site for formal park treatment, a fitting end for the Memorial Bridge, as well as an important feature in itself." Specifically, the Commission

Show more

67 68 649 117K

**Secretary Doug Burgum** @SecretaryBurgum · Sep 3

Despite Congress's intent, the site became and remains today a barren traffic circle lacking any monumental treatment and significant historic value. In fact, the passage extending from Arlington Memorial Bridge to Arlington National Cemetery was meant to serve as an Avenue of Heroes.




89 77 689 106K

**Secretary Doug Burgum** @SecretaryBurgum · Sep 3

In the years after World War II, Ulysses S. Grant III— who was the grandson of the former president and Union general Ulysses S. Grant, executive officer of the Arlington Memorial Bridge Commission, and member of the National Capital Park and Planning Commission—decried the state of Columbia Island as a "temporary road with an informal circle." He lamented that "the central plaza on Columbia Island had never been undertaken and seems to be absolutely essential to link together the two parts of the project, namely the main bridge itself and the entrance to Arlington Cemetery."

63 49 537 102K

**Secretary Doug Burgum**
@SecretaryBurgum

Over 70 major cities/capitals around the world, from London, Paris and Rome to Madrid, Athens and New Delhi, all showcase beautiful arches. Interestingly, Washington, DC, is the only major Western capital without an arch. Now after 125 years of waiting, the most powerful capital in the world will be home of the most spectacular and beautiful arch of them all!

3:01 PM · Sep 3, 2026 · **95.7K** Views

352 93 744 25