# EXHIBIT 26

An official website of the United States government

Search or ask anything

National Park Service

# About Us

NPS.gov (https://www.nps.gov/) Home (https://www.nps.gov/aboutus/index.htm) News (https://www.nps.gov/about...

# National Park System

On August 25, 1916, President Woodrow Wilson signed the "Organic Act" creating the National Park Service, a federal bureau in the Department of the Interior responsible for maintaining national parks and monuments that were then managed by the department. The National Park System has since expanded to 434 units (often referred to as parks), more than 150 related areas, and numerous programs that assist in conserving the nation's natural and cultural heritage for the benefit of current and future generations.

## Units/Parks

The National Park Service manages 434 individual units covering more than 85 million acres in all 50 states, the District of Columbia, and US territories. While there are at least 19 naming designations (https://www.nps.gov/articles/nps-designations.htm), these units are commonly referred to as "parks." Multiple parks may be managed together as an administrative unit within the National Park Service. (See more information about recent changes in the National Park System (https://www.nps.gov/aboutus/recent-changes.htm) and park anniversaries (https://www.nps.gov/subjects/npscelebrates/park-anniversaries.htm).)

### National Battlefields (11)

### National Battlefield Parks (4)

### National Battlefield Sites (1)

### National Military Parks (9)

### National Historical Parks (64)

## National Historic Sites (75)

## International Historic Sites (1)

## National Lakeshores (3)

## National Memorials (32)

## National Monuments (86)

## National Parks (64)

Acadia National Park (https://www.nps.gov/acad/siteindex.htm), Maine
Arches National Park (https://www.nps.gov/arch/index.htm), Utah
Badlands National Park (https://www.nps.gov/badl/index.htm), South Dakota
Big Bend National Park (https://www.nps.gov/bibe/index.htm), Texas
Biscayne National Park (https://www.nps.gov/bisc/index.htm), Florida
Black Canyon of the Gunnison National Park (https://www.nps.gov/blca/index.htm), Colorado
Bryce Canyon National Park (https://www.nps.gov/brca/index.htm), Utah
Canyonlands National Park (https://www.nps.gov/cany/index.htm), Utah
Capitol Reef National Park (https://www.nps.gov/care/index.htm), Utah
Carlsbad Caverns National Park (https://www.nps.gov/cave/index.htm), New Mexico
Channel Islands National Park (https://www.nps.gov/chis/index.htm), California
Chiricahua National Park (https://www.nps.gov/chir/index.htm), Arizona
Congaree National Park (https://www.nps.gov/cong/index.htm), South Carolina
Crater Lake National Park (https://www.nps.gov/crla/index.htm), Oregon
Cuyahoga Valley National Park (https://www.nps.gov/cuva/index.htm), Ohio
Death Valley National Park (https://www.nps.gov/deva/index.htm), California and Nevada
Denali National Park (https://www.nps.gov/dena/index.htm), Alaska
Dry Tortugas National Park (https://www.nps.gov/drto/index.htm), Florida
Everglades National Park (https://www.nps.gov/ever/index.htm), Florida
Gates of the Arctic National Park (https://www.nps.gov/gaar/index.htm), Alaska
Gateway Arch National Park (https://www.nps.gov/jeff/index.htm), Missouri and Illinois
Glacier Bay National Park (https://www.nps.gov/glba/index.htm), Alaska
Glacier National Park (https://www.nps.gov/glac/index.htm), Montana
Grand Canyon National Park (https://www.nps.gov/grca/index.htm), Arizona

Grand Teton National Park (https://www.nps.gov/grte/index.htm), Wyoming
Great Basin National Park (https://www.nps.gov/grba/index.htm), Nevada
Great Sand Dunes National Park (https://www.nps.gov/grsa/index.htm), Colorado
Great Smoky Mountains National Park (https://www.nps.gov/grsm/index.htm), North Carolina and Tennessee
Guadalupe Mountains National Park (https://www.nps.gov/gumo/index.htm), Texas
Haleakalā National Park (https://www.nps.gov/hale/index.htm), Hawaii
Hawai'i Volcanoes National Park (https://www.nps.gov/havo/index.htm), Hawaii
Hot Springs National Park (https://www.nps.gov/hosp/index.htm), Arkansas
Indiana Dunes National Park (https://www.nps.gov/indu/index.htm), Indiana
Isle Royale National Park (https://www.nps.gov/isro/index.htm), Michigan
Joshua Tree National Park (https://www.nps.gov/jotr/index.htm), California
Katmai National Park (https://www.nps.gov/katm/index.htm), Alaska
Kenai Fjords National Park (https://www.nps.gov/kefj/index.htm), Alaska
Kings Canyon National Park (https://www.nps.gov/seki/index.htm), California
Kobuk Valley National Park (https://www.nps.gov/kova/index.htm), Alaska
Lake Clark National Park (https://www.nps.gov/lacl/index.htm), Alaska
Lassen Volcanic National Park (https://www.nps.gov/lavo/index.htm), California
Mammoth Cave National Park (https://www.nps.gov/maca/index.htm), Kentucky
Mesa Verde National Park (https://www.nps.gov/meve/index.htm), Colorado
Mount Rainier National Park (https://www.nps.gov/mora/index.htm), Washington
National Park of American Samoa (https://www.nps.gov/npsa/index.htm), American Samoa
New River Gorge National Park and Preserve (https://www.nps.gov/neri/index.htm), West Virginia
North Cascades National Park (https://www.nps.gov/noca/index.htm), Washington
Olympic National Park (https://www.nps.gov/olym/index.htm), Washington
Petrified Forest National Park (https://www.nps.gov/pefo/index.htm), Arizona
Pinnacles National Park (https://www.nps.gov/pinn/index.htm), California
Redwood National Park (https://www.nps.gov/redw/index.htm), California
Rocky Mountain National Park (https://www.nps.gov/romo/index.htm), Colorado
Saguaro National Park (https://www.nps.gov/sagu/index.htm), Arizona
Sequoia National Park (https://www.nps.gov/seki/index.htm), California
Shenandoah National Park (https://www.nps.gov/shen/index.htm), Virginia
Theodore Roosevelt National Park (https://www.nps.gov/thro/index.htm), North Dakota
Virgin Islands National Park (https://www.nps.gov/viis/index.htm), Virgin Islands
Voyageurs National Park (https://www.nps.gov/voya/index.htm), Minnesota
White Sands National Park (https://www.nps.gov/whsa/index.htm), New

Mexico
Wind Cave National Park (https://www.nps.gov/wica/index.htm), South Dakota
Wrangell-St. Elias National Park (https://www.nps.gov/wrst/index.htm), Alaska
Yellowstone National Park (https://www.nps.gov/yell/index.htm), Idaho, Montana, and Wyoming
Yosemite National Park (https://www.nps.gov/yose/index.htm), California
Zion National Park (https://www.nps.gov/zion/index.htm), Utah

### National Parkways (4)

### National Preserves (19)

### National Reserves (2)

### National Recreation Areas (18)

### National Rivers (4)

### National Wild and Scenic Rivers (10)

### National Scenic Trails (6)

### National Seashores (10)

### Other Designations (11)

## Related Areas

Related areas are linked in importance and purpose to places managed directly by the National Park Service by preserving important segments of the nation's natural and cultural heritage. They are designated by acts of Congress or by the Secretary of the Interior (affiliated areas). The majority of related areas are not units of the National Park Service and are managed by other government agencies or non-government organizations and landowners. The National Park Service is involved in related areas by directly managing the entire or sections of a related area, or by providing technical or financial assistance.

### Affiliated Areas (33)

**Authorized Areas (4)**

**Co-Managed Areas (1)**

**Commemorative Sites (3)**

**National Heritage Areas (55)**

**National Trails System (32)**

**National Wild and Scenic Rivers System (50)**

Last updated: October 26, 2026

## Was this page helpful?

Yes

No

An official form of the United States government. Provided by Touchpoints (https://touchpoints.app.cloud.gov/)

**CONTACT INFO**