# Evacuation Route Reference Map

## DC Routes and Shelters

District of Columbia
Homeland Security and
Emergency Management Agency

HSEMA
HOMELAND SECURITY and EMERGENCY MANAGEMENT AGENCY
DISTRICT of COLUMBIA

72hours.dc.gov hsema.dc.gov




## SHELTER REFERENCE

| Number | Name | Address |
|---|---|---|
| 1 | Coolidge Senior High School | 6315 5th Street NW |
| 2 | Thomas Elementary School | 650 Anacostia Avenue NE |
| 3 | Takoma Educational Center | 7010 Piney Branch Road NW |
| 4 | Banneker Senior High School | 800 Euclid Street NW |
| 5 | Jefferson Middle School | 801 7th Street SW |
| 6 | Burrville Elementary School | 801 Division Avenue NE |
| 8 | Browne Junior High School | 850 26th Street NE |
| 10 | Walker-Jones/R.H. Terrell Elementary School | 100 L Street NW |
| 11 | Tyler Elementary School | 1001 G Street SE |
| 12 | Thomson Elementary School | 1200 L Street NW |
| 13 | Brightwood Elementary School | 1300 Nicholson Street NW |
| 14 | Dunbar Senior High School | 1301 New Jersey Avenue NW |
| 15 | Malcolm X Elementary School | 1351 Alabama Avenue SE |
| 16 | Anacostia Senior High School | 1601 16th Street SE |
| 17 | Randle Highlands Elementary School | 1650 30th Street SE |
| 18 | Ellington School of the Arts Senior High | 3500 R Street NW |
| 19 | Eastern Senior High School | 1700 East Capitol Street NE |
| 20 | Kramer Middle School | 1700 Q Street SE |
| 21 | Bancroft Elementary School | 1755 Newton Street NW |
| 22 | Taft Center | 1800 Perry Street NE |
| 23 | Cleveland Elementary School | 1825 8th Street NW |
| 24 | Reed Learning Center | 2200 Champlain Street NW |
| 26 | Francis Middle School | 2425 N Street NW |
| 27 | Spingarn Senior High School | 2500 Benning Road NE |
| 29 | Kelly Miller Middle School | 301 49th Street NE |
| 30 | Marshall Educational Center | 3100 Fort Lincoln Drive NE |
| 31 | Tubman Elementary School | 3101 13th Street NW |
| 32 | Bell Multicultural Senior High School | 3101 16th Street NW |
| 33 | Turner Elementary School | 3264 Stanton Road SE |
| 34 | M.C. Terrell/McGogney Elementary School | 3301 Wheeler Road SE |
| 36 | Ballou Senior High School | 3401 4th Street SE |
| 37 | Woodrow Wilson Senior High School | 3950 Chesapeake Street NW |
| 38 | Stuart-Hobson Middle School | 410 E Street NE |
| 39 | Barnard Elementary School | 430 Decatur Street NW |
| 40 | Roosevelt Senior High School | 4301 13th Street NW |
| 41 | MacFarland Middle School | 4400 Iowa Avenue NW |
| 43 | Murch Elementary School | 4810 36th Street NW |
| 44 | Key Elementary School | 5001 Dana Place NW |
| 46 | H.D. Woodson Senior High School | 5500 Eads Street NE |
| 47 | Lafayette Elementary School | 5701 Broad Branch Road NW |
| 48 | Miner Elementary School | 601 15th Street NE |
| 49 | Garrison Elementary School | 1200 S Street NW |

## Legend

Shelter
Hospital
Metro Station
Ward Boundary
Evacuation Route
Water
City Park
County Boundary

Metro Line
Red
Blue
Orange
Yellow
Green

0 2,500 5,000 10,000 Feet

Map Produced by HSEMA-GIS
Production Date: May 12, 2008

DISCLAIMER
Neither the District of Columbia Government nor the Homeland Security & Emergency Management Agency make any claims as to the completeness, accuracy or content of any data contained in this application; or make any representation of any kind, including, but not limited to, warranty of the accuracy or fitness for a particular use, nor are any such warranties to be implied or inferred with respect to the information or data furnished herein. The data are subject to change as modifications and updates are complete. It is understood that the information contained in the data is being used at one's own risk.