**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-03838 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR**
**<u>TEMPORARY RESTRAINING ORDER AND STAY UNDER 5 U.S.C. § 705</u>**

Upon consideration of the District of Columbia and Commonwealth of Virginia's Motion for a Temporary Restraining Order and Stay under 5 U.S.C. § 705, as well as the memorandum of law, declarations, and exhibits submitted in support and the responsive materials submitted by Defendants, it is hereby ORDERED that:

(1) The District and Commonwealth's Motion for a Temporary Restraining Order and Stay under 5 U.S.C. § 705 is GRANTED;

(2) For a period of fourteen (14) days starting from the issuance of this Order, Defendants are enjoined from initiating, making, or otherwise effectuating any construction, excavation, demolition, land-disturbance, utility-installation, or roadway-closure activity, or any other construction-related activity at or near Memorial Circle in Washington, D.C., that is for the purpose of constructing an arch at Memorial Circle; and

(3) For a period of fourteen (14) days starting from the issuance of this Order, Defendants' decision to construct an arch at Memorial Circle is stayed pursuant to 5 U.S.C. § 705.

Dated: ____________________

________________________________
Hon.
United States District Judge