**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DISTRICT OF COLUMBIA AND COMMONWEALTH OF VIRGINIA**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL PARK SERVICE**, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-03838 |

**CERTIFICATE OF COUNSEL IN COMPLIANCE WITH LOCAL CIVIL RULE 65.1**

Pursuant to Local Civil Rule 65.1(a), undersigned counsel hereby certifies that Plaintiffs' counsel has contacted Defendants to provide them with notice that Plaintiffs would be filing the accompanying Motion for a Temporary Restraining Order and Stay under 5 U.S.C. § 705. Specifically:

- At 8:21 a.m. on October 31, 2026, Plaintiffs' counsel emailed Directors Diane Kelleher and Alex Haas, Deputy Director Betsy Shapiro, and Chief Litigation Counsel Christopher Lynch of the Federal Programs Branch; Peter Pfaffenroth, Civil Division Chief for the U.S. Attorney's Office for the District of Columbia; and Bradley Thomas Craigmyle and Michael Sean Sawyer of the Environment and Natural Resources Division, to provide them with notice that Plaintiffs would be filing the accompanying Motion for a Temporary Restraining Order and Stay under 5 U.S.C. § 705.
- At the same time, Plaintiffs' counsel provided these same individuals with electronic copies of the Motion and its accompanying Complaint, Memorandum, Declarations, and Proposed

Order via email, and notified them that Plaintiffs would be filing those documents within roughly the next sixty minutes.

Plaintiffs' counsel will send physical copies of the relevant papers by certified mail to Defendants and to the United States Attorney's Office for the District of Columbia.

Dated: October 31, 2026

Respectfully submitted,

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Mitchell P. Reich*
Mitchell P. Reich (1044671)
*Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth St. NW
Washington, DC 20001
(202) 279-1261
mitchell.reich@dc.gov

*Counsel for the District of Columbia*